# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GOPHER PROTOCOL, INC., | Case No. 2:19-CV-1039 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| DISCOVER GROWTH FUND, LLC, | |
| Defendant(s). | |

Presently before the court is plaintiff Gopher Protocol, Inc.'s ("Gopher Protocol") motion to expedite briefing schedule and hearing for Gopher Protocol's motion for a preliminary injunction. (ECF No. 10).

On June 18, 2019, Gopher Protocol initiated this action against defendant Discover Growth Fund, LLC ("Discover Growth"). (ECF No. 1). On that same day, Gopher Protocol filed a motion for a preliminary injunction and an *ex parte* motion for a temporary restraining order, requesting that the court enjoin the foreclosure sale of Gopher Protocol's assets. (ECF Nos. 5, 6). On June 20, 2019, the court granted Gopher Protocol's motion for temporary restraining order. (ECF No. 7).

Federal Rule of Civil Procedure 65(b)(3) provides that when a court issues an temporary restraining order without notice, "the motion for a preliminary injunction must be set for hearing at the earliest possible time[.]" Accordingly, the court will set the hearing for Gopher Protocol's motion for a preliminary injunction on July 12, 2019, at 10:30 a.m.

Because the temporary restraining order is set to expire before the date set for hearing, the court will extend the order "for a like period" pursuant to Federal Rule of Civil Procedure 65(b)(2). In light of this extension, the court need not expedite the briefing schedule.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Gopher Protocol's motion to expedite briefing schedule and hearing for Gopher Protocol's motion for a preliminary injunction (ECF No. 10) be, and the same hereby is, GRANTED in part and DENIED in part, consistent with the foregoing.

IT IS FURTHER ORDERED that the hearing for Gopher Protocol's motion for a preliminary injunction is set on July 12, 2019 at 10:30 a.m.

IT IS FURTHER ORDERED that the temporary restraining order (ECF No. 7) shall remain in effect until July 18, 2019.

DATED June 27, 2019.

_____
UNITED STATES DISTRICT JUDGE