# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GOPHER PROTOCOL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER GROWTH FUND, LLC, <br><br> Defendant. | Case No. 2:19-cv-01039-JCM-BNW <br><br> **ORDER** |

In reviewing the docket in this case, it has come to the court's attention that the parties have not filed a proposed discovery plan and scheduling order. Local Rule 26-1(a) requires that the "plaintiff's attorney must initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears. Fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties must submit a stipulated discovery plan and scheduling order." Here, defendant Discovery Growth Fund, LLC filed a motion to dismiss (ECF No. 13) on July 2, 2019, making the stipulated discovery plan and scheduling order due August 16, 2019. To date, the parties have not filed a stipulated discovery plan and scheduling order.

IT IS THEREFORE ORDERED that within 21 days from the date of this order, the parties must meet and confer and file a proposed discovery plan and scheduling order.

DATED: December 6, 2019

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE